UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Liliana Arguello

        Plaintiff,

v.                 Case No.: 1:17−cv−04685
                  Honorable Edmond E. Chang

Monica Sanchez, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 1, 2018:

  MINUTE entry before the Honorable Edmond E. Chang: On review of the settlement amount, and in comparison with the calculations damages (and factoring in the risk of litigation, and almost more importantly here, the risk of delay causing non−payment), the Court finds the settlement agreement to be reasonable, and it is approved (again, with the caveat that this finding is not necessarily required in FLSA cases where Plaintiff has counsel and no other coercion concerns are present). The motion [26] for approval is granted. Pursuant to the agreement, the case is dismissed with prejudice. Status hearing of 05/02/2018 is vacated. Civil case terminated. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.